# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VALENZUELA, | ) NO. CV 13-3095-GW(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| F. FOULK, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 8, 2015.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE